HEATHER E. WILLIAMS, SBN #122664
Federal Defender
ANDREW FRANCISCO, DISTRICT OF COLUMBIA #1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Andrew_Francisco@fd.org

Attorney for Defendant
DARAGH HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-MJ-119-CSK |
| Plaintiff, | **NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL** |
| vs. | |
| DARAGH HAYES, | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for

Daragh Hayes, and designate counsel for service as follows:

ANDREW FRANCISCO
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Andrew_Francisco@fd.org

I hereby certify that I am an attorney admitted to practice in this court. Please remove

Assistant Federal Defender Christina Sinha from the service list.

Dated:  October 7, 2024

/s/ Andrew Francisco
ANDREW FRANCISCO
Assistant Federal Defender
Attorney for Defendant
DARAGH HAYES