FILED
Oct 10, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARAGH FINBAR HAYES,<br><br>Defendant. | CASE NO. 2:24-cr-0280 DJC<br><br>18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about September 26, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 1, a person under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to know that the visual depiction(s) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction(s) were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant DARAGH FINBAR HAYES shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to:

   a) Apple iPhone 14, Serial Number DLWCJR3243,
   b) Apple laptop computer, Serial Number FVHXG601HV29,
   c) 128 Gigabyte Samsung EVO microSD card, bearing inscription KPOTM28HM336,
   d) 8 Gigabyte Gigastone microSD card, bearing inscription B0 230410002,
   e) Four Black Video Camera Devices, three in shape of writing pens and one in the form of a USB wall charger, no visible serial number, and
   f) 4 Terabyte Lacie external hard disk drive, serial number NL6F5ZPH.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

   a) cannot be located upon the exercise of due diligence,
   b) has been transferred or sold to, or deposited with, a third party,
   c) has been placed beyond the jurisdiction of the Court,
   d) has been substantially diminished in value, or
   e) has been commingled with other property which cannot be divided without difficulty,

///
///
///
///
///
///
///

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT

3

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

DARAGH FINBAR HAYES

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) Sexual Exploitation of a Minor; 18 U.S.C. § 2253(a) Criminal Forfeiture

*A true bill,*    **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* \_\_\_\_\_ 10th _____ *day*

*of* \_\_\_ October _____, *A.D. 20* 24 \_\_\_\_

_____ /s/ R. Alvarez _____
*Clerk.*

*Bail, $* No Bail Warrant \_\_\_\_

_____ *[signature]* _____

GPO 863 525

## United States v. Daragh Finbar Hayes
### Penalties for Indictment

VIOLATION:   18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Child

PENALTIES:   Mandatory minimum of 15 years in prison and a maximum of 30 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. 3583(k));
Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663); and
Special Assessment: $5,100 (18 U.S.C. §§ 3013, 3014)
AVAA Assessment: $50,000 (18 U.S.C. § 2259A(a)(3))

**FORFEITURE ALLEGATION:**

VIOLATION:   18 U.S.C. § 2253(a) - Criminal Forfeiture

PENALTIES:   As stated in the charging document