PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARAGH FINBAR HAYES,<br><br>　　　　　Defendant. | CASE NO. 2:24-CR-0280 DJC<br><br>ASSOCIATION OF COUNSEL |

Please associate Assistant United States Attorney Christina McCall as co-counsel of record for the plaintiff in the above-referenced case and added as such to the service list of actions.

Dated: October 11, 2024

　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By: /s/ CHRISTINA McCALL
　　　　　　　　　　　　　　　　　　CHRISTINA McCALL
　　　　　　　　　　　　　　　　　　Assistant United States Attorney