FID 117231146

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Oct 11, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

**DARAGH F. HAYES**

Defendant

Case No.   ~~2:24-mj-0119 CSK~~

2:24-cr-0280 DJC

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Daragh F. Hayes,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Child

Date: October 2, 2024

_Issuing officer's signature_

City and state:   Sacramento, California

Chi Soo Kim, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 10/2/24, and the person was arrested on (date) 10/1/24
at (city and state) Rancho Cordova, CA.

Date: 10/3/24

_Arresting officer's signature_

, United States Magistrate Judge
_Printed name and title_