HEATHER E. WILLIAMS, SBN #122664
Federal Defender
ANDREW FRANCISCO, DC Bar No. 1619332
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
andrew_francisco@fd.org

Attorneys for Defendant
DARAGH FINBAR HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00280-DJC |
| Plaintiff, | **REQUEST TO SEAL – MOTION TO COMPEL AND EXHIBITS A-D UNDER SEAL** |
| vs. | |
| DARAGH FINBAR HAYES, | Judge: Hon. Alison Claire |
| Defendant. | |

Pursuant to the Clerk of Court's directive at Dkt. 17, Defendant Daragh Finbar Hayes, by and through his attorney, Andrew Francisco, Assistant Federal Defender, respectfully requests that the filing of the Motion to Compel Discovery be put under seal. The defense expressly reserves the right to dispute the government's assertion that a single reference to the term at issue violates 18 U.S.C. § 3509(d) or any related federal statute, as well as the propriety of the government's intervention with the Clerk in this matter.

The defense respectfully requests that the Court rule on the substantive issues raised in the motion, as well as address the government's allegations concerning the referenced language.

The sealing is requested pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1). The Court has inherent power to seal documents. *See United States*

*v. Gurolla*, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); *see also United States v. Hickey*, 185 F.3d 1064 (9th Cir. 1999); *United States v. Hardwell*, 80 F.3d 1471, 1483-84 (10th Cir. 1996).

The records have been submitted to the Court via e-mail pursuant to Local Rule 141(b). The Court may file this Notice in the public record.

Date: October 25, 2024                    Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Andrew Francisco*
                                               ANDREW FRANCISCO
                                               Assistant Federal Defender
                                               Attorneys for Defendant
                                               DARAGH FINBAR HAYES