PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
CHRISTINA M. McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARAGH FINBAR HAYES,<br><br>Defendant. | CASE NO. 2:24-CR-00280 DJC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR CONTINUANCE AND EXTENSION OF TIME |

On October 28, 2024, the United States moved for a continuance and an extension of time to respond to the defendant's motion to compel (ECF 16).

IT IS HEREBY ORDERED the hearing scheduled for November 8, 2024, at 2:00 p.m., is continued to November 15, 2024, at 2:00 p.m.  The government's request to file its response by November 12, 2024, is granted.

Dated: October 28, 2024.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1