# EXHIBIT 5



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax    916/554-2900 |
| | TTD   916/554-2855 |

October 11, 2024

VIA USAfx SECURE FILE TRANSFER

Andrew Francisco
Office of the Federal Public Defender
801 I Street, 3rd Floor
Sacrament, CA 95814
Email: andrew_francisco@fd.org

      Re: United States v. Daragh Hayes
         2:24-CR-00280-DJC

Dear Counsel:

Please find enclosed discovery for this case, which includes, but is not limited to:

- HAYES_00000001 – HAYES_00000015: Photographs of USB Wall Spy Cam and Micro SD Cards
- HAYES_00000016 – HAYES_00000026: Daragh Hayes LinkedIn
- HAYES_00000027: Daragh Hayes Driver's License Photo
- HAYES_00000028 – HAYES_00000032: Phone Information
- HAYES_00000033 – HAYES_00000827: Search Warrant Photos
- HAYES_00000828 – HAYES_00000847: Daragh Hayes Criminal History and photographs
- HAYES_00000848 – HAYES_00000862: Pictures of Camera Devices
- HAYES_00000863 – HAYES_00000870: Pictures of Daragh Hayes Passport
- HAYES_00000871 – HAYES_00000873: Report

      This material consists of documents Bates numbered HAYES_00000001 through HAYES_00000873.  The government would be happy to discuss this discovery production and arrangements for each party's pretrial disclosures at a Rule 16.1 discovery conference.  Please contact me to schedule such meeting or phone call, if one has not already occurred.

Please be advised that certain materials were seized during the execution of search warrants during the investigation. The review of those materials is ongoing, and the materials are currently in the custody of federal agents. If you desire to inspect and/or copy any of the original evidence collected during the investigation, please contact me well in advance of trial to arrange a mutually convenient date and time.

This investigation is ongoing, and the government will provide additional rounds of discovery as it gathers and processes more investigative material.

The government will make available for your inspection any item of evidence referred to in the enclosed documents, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. This includes <u>electronic evidence that must remain in the possession of the government and court, pursuant to 18 U.S.C. § 3509(m)</u>. Please contact me to arrange a mutually convenient time for your inspection of such items at the FBI office.

For material that contains information that contain <u>information concerning the child victim (see 18 U.S.C. § 3509(d)</u>, including the audio recording of defendant's interview, until a protective stipulation and order are in effect, you may arrange to review that protected material at the U.S. Attorney's Office.

In the event that you desire to inspect and/or copy any of the original evidence collected during the investigation, please contact me well in advance of trial to arrange a mutually convenient date and time.

The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter, the government requests all discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure, including, but not limited to the following:

1.      All books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant, which the defendant intends to introduce as evidence in the defendant's case-in-chief at trial.

2.      All results or any reports of physical or mental examinations and/or scientific tests or experiments made in connection with this case within the possession or control of the defendant, which the defendant intends to introduce as evidence in the defendant's case-in-chief at trial, or which have been prepared by a witness whom the defendant intends to call at trial.

3.      A complete statement of all opinions that the defendant will elicit from an expert witness in the defendant's case-in-chief; the bases and reasons for those expert opinions; the expert witness's qualifications, including a list of all publications authored in the past 10 years; and a list of all other cases in which, during the past 4 years, the witness has testified as an expert at trial or deposition.

      4.      All other discovery to which the Government is entitled under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure.

      In the event that reciprocal discovery is not produced, the United States will seek to bar the introduction and use of such evidence at trial. The government also requests notice of any intention of your client to rely on an entrapment defense.

      Sincerely,

      PHILLIP A. TALBERT
      United States Attorney

By: /s/ Christina M. McCall
      CHRISTINA M. McCALL
      Assistant United States Attorney

Encl.
cc: