# EXHIBIT D

HEATHER E. WILLIAMS, #122664
Federal Defender
ANDREW FRANCISCO, District of Columbia Bar No. 1619332
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Andrew_francisco@fd.org

Attorney for Defendant
DARAGH FINBAR HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-00280-DJC |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF ANDREW FRANCISCO IN SUPPORT OF MOTION TO COMPEL DISCOVERY** |
| vs. | ) | |
| DARAGH FINBAR HAYES, | ) | |
| Defendant. | ) | |

I, Andrew Francisco, hereby declare as follows:

1. I am an Assistant Federal Defender representing Daragh Finbar Hayes in the above-captioned matter. I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

2. I submit this declaration in support of the Defendant's Motion to Compel Discovery to address the privacy concerns raised by the government with respect to the identity of the minor referred to in the indictment.

3. I acknowledge and agree to the importance of protecting the privacy of minors in criminal proceedings, as mandated by 18 U.S.C. § 3509(d) and related statutes.

4. In the interest of protecting the identity of the minor involved in this case, I hereby commit and declare the following:

    a. The defense, including all members of the defense team, will not use the minor's name, initials, or any other direct reference to the minor's identity in any public filings, motions, or court proceedings, except as may be necessary during the trial of this matter.

    b. The defense will only refer to the minor using neutral, non-prejudicial terms such as "Identified Minor," "Minor Subject," or "Referenced Minor" in all pretrial public documents and filings before the Court.

    c. In the event that the minor's name is used during trial proceedings, the defense will take all necessary precautions to ensure that the minor's identity is not publicly disclosed beyond what is required for the conduct of the trial.

    d. The defense will ensure that any materials, exhibits, or documents that include identifying information about the minor will be redacted appropriately or filed under seal, in compliance with the Court's rules and relevant statutes. All members of the defense team will be informed of and adhere to these protective measures.

5. The defense is committed to safeguarding the minor's privacy while also ensuring that the defendant's right to a fair trial is not compromised by restrictive language that prejudges the facts of the case.

6. By adhering to these protective measures, the defense believes it can maintain the minor's privacy and comply with the legal requirements of 18 U.S.C. § 3509(d), without imposing unnecessary limitations on the defense's ability to prepare for trial or conduct the trial proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of October, 2024, at Sacramento, California.

                                      /s/*Andrew Francisco*
                                      Andrew Francisco
                                      Assistant Federal Defender
                                      Counsel to Mr. Daragh Finbar Hayes