UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

DARAGH FINBAR HAYES,

               Defendant(s).

Case No.:  2:24–CR–00280–DJC

**STANDING ORDER IN CRIMINAL CASES**

## I.  LAW AND MOTION

### A.  Calendar

The criminal law and motion calendar for District Judge Daniel J. Calabretta is held on Thursdays commencing at 9:00 AM.  All motions shall be noticed for hearing on Judge Calabretta's criminal law and motion calendar with the exception of motions for bail review.  Hearing dates are not reserved; however, counsel shall contact Gabriel Michel, Courtroom Deputy for Judge Calabretta, via email (gmichel@caed.uscourts.gov), to obtain available hearing dates.  Oral argument on all motions shall be conducted in person in Courtroom 10.  The parties shall indicate in their written motion whether they are requesting an evidentiary hearing, the anticipated length of that hearing, and any other information required by the Local

1   Rules.  Unless otherwise ordered, if a party requests an evidentiary hearing, at oral

2   argument the parties should be prepared to discuss whether an evidentiary hearing

3   should be held, as well as the merits of the motion if the Court concludes an evidentiary

4   hearing is not required.

5   **B.    Briefing**

6   All briefs must be submitted using a font of 12 pt size.  Footnotes must be no

7   more than two sizes smaller than the text size.  Parties are encouraged to use a sans serif

8   font such as Times New Roman, Times, serif or Helvetica for ease of electronic reading.

9   All moving and opposition briefs or legal memoranda in criminal cases shall not

10  exceed twenty-five pages without prior leave of court.  Reply briefs filed by moving

11  parties shall not exceed fifteen pages.  The Court will grant an application to extend

12  these page limitations only after good cause is shown.  Pages that exceed the page

13  limitations without leave of court will not be considered.  Finally, no supplemental

14  briefs or sur-replies shall be filed and will not be considered without prior leave of court.

15  **C.    Pretrial Motions**

16  The motions listed in Local Rule 302(b)(1) shall be filed before Judge Calabretta.

17  All other pretrial motions shall be filed before the appropriate Magistrate Judge.

18  Pretrial motions must be filed in writing not less than 14 days before the date

19  the motion is noticed for hearing.  Any opposition to a noticed motion shall be served

20  and filed within 7 days after the motion is filed.  If a party does not oppose a noticed

21  motion, a party must file a statement of non-opposition to that effect.  Any reply shall

22  be served and filed not more than 4 days after the opposition is due.  No party will be

23  entitled to be heard in opposition to a motion at oral argument if that party has not

24  timely filed an opposition to the motion.

25  Unless a different deadline is expressly ordered by the Court, all pretrial motions,

26  including but not limited to those identified in Federal Rule of Criminal Procedure 12(b)(3),

27  must be heard at least thirty (30) days prior to a Trial Confirmation Hearing.  *See*

28  Fed. R. Crim. P. 12(c)(1).

1  **D.      Proposed Orders**

2     The parties are generally not required to submit proposed orders with criminal

3  motions set for hearing before Judge Calabretta.  If a proposed order is ever required

4  (such as for orders granting early termination of supervised release, see Section VII), it

5  shall be submitted in compliance with Local Rule 137(b) and e-mailed in Microsoft

6  Word format to DJCorders@caed.uscourts.gov.

7

8  **II.      SEALING, REDACTED, AND PROTECTIVE ORDERS**

9     No document will be sealed, nor shall a redacted document be filed, without

10  the prior approval of the Court, unless such redaction is required by Local Rule 140.  If

11  a document for which sealing or redaction is sought relates to the record on a motion

12  to be decided by Judge Calabretta, the request to seal or redact should be directed

13  to him and not the assigned Magistrate Judge.  All requests to seal or redact shall be

14  governed by Local Rules 141 (sealing) and 140 (redaction).

15  **A.      Requests for Sealing**

16     All requests for sealing must comply with the requirements of Local Rule 141

17  and Federal Rules of Criminal Procedure.  Additionally, the moving party must clearly

18  state in their motion whether or not the request is opposed by another party.  If the

19  request is opposed or the moving party does not state that the motion to seal is

20  unopposed, all other parties must submit either an opposition or notice of non-

21  opposition within three days of the date of service of the Notice of Request to Seal

22  Documents.  See Local Rule 141(c).

23     Pursuant to Local Rule 141, a Notice of Request to Seal Document(s) must be

24  filed electronically.  The Request to Seal, a proposed sealing order (in Word), and all

25  documents covered by the request must be emailed to

26  DJCorders@caed.uscourts.gov.  If the request is approved and notice of electronic

27  filing of the sealing order is received, all documents covered by the order must be

28  emailed to ApprovedSealed@caed.uscourts.gov for filing under seal.

**B.    Protective Orders**

Protective orders covering the discovery phase shall not govern the filing of sealed or redacted documents on the public docket.  The Court will only consider requests to seal or redact filed by the proponent of sealing or redaction.  If a party plans to make a filing that includes material an opposing party has identified as confidential and potentially subject to sealing or redacting, the filing party shall provide the opposing party with sufficient notice in advance of filing to allow for the seeking of an order of sealing or redaction from the court.

**III.    APPLICATIONS OR STIPULATIONS TO EXTEND THE TIME TO FILE ANY REQUIRED DOCUMENT OR TO CONTINUE ANY TRIAL CONFIRMATION HEARING OR TRIAL DATE**

No stipulations extending scheduling requirements or modifying applicable rules are effective until and unless the Court approves them.  Both applications and stipulations must be filed well in advance of the date due and set forth:

(1)    the existing due date, hearing date, or status conference date as well as any other dates and deadlines already set by the Court (e.g., discovery cutoff date, the last date for hearing motions, the trial confirmation hearing date, and/or the trial date);

(2)    specific, concrete reasons supporting good cause for granting the extension; and

(3)    whether there have been prior requests for extensions, and whether these were granted or denied by the court.

Stipulations that have the effect of continuing the trial date are disfavored.

**IV.    DISCOVERY**

All parties are required to comply with the disclosure requirements set out in the Federal Rules of Criminal Procedure, the Local Rules, and the relevant case law.

1  Unless other dates are set by the Court, all requests, reciprocal requests, and

2  disclosures under Federal Rule of Criminal Procedure 16, aside from discovery

3  generated as part of the trial preparation process itself, should be made prior to the

4  Court setting Trial and Trial Confirmation Hearing dates.  If these requests and

5  disclosures are not made prior to the Court setting a Trial date and Trial Confirmation

6  Hearing, the Court will enter an Order setting forth discovery deadlines in the Order

7  setting the Trial and Trial Confirmation Hearing dates.  Discovery generated as part of

8  the trial preparation process shall be disclosed as expeditiously as possible.

9

10 **V.     TRIAL**

11          A Trial Confirmation Hearing will be set on a date prior to the Trial date.  At the

12 Trial Confirmation Hearing, the Court will set dates for the filing motions in limine, the

13 submission of exhibits, and other trial-related documents/deadlines.  All pretrial motions,

14 except motions in limine, must be heard at least thirty (30) days prior to the Trial

15 Confirmation hearing, absent good cause or a Court order setting a different deadline

16 for such motions.

17          Prior to trial, parties are encouraged to review Judge Calabretta's Trial Procedures

18 available on his page on the Eastern District's website.

19

20 **VI.     CHANGE OF PLEA**

21          If the Government intends to seek the immediate remand of a Defendant who is

22 out-of-custody at the time of the change of plea, they must notify the Court of their intent to

23 seek remand when the plea agreement is provided to the Court.

24

25 **VII.    JUDGMENT AND SENTENCING**

26          Once the Court takes a Defendant's plea, the Court will set a date for Judgment

27 and Sentencing.

28 /////

1    No less than thirty-five (35) days before the sentencing hearing, the probation

2  officer's proposed presentence report, including the probation officer's recommendations,

3  will be made available to both parties.  The probation officer shall submit the presentence

4  report to Judge Calabretta no less than twenty-one (21) days before the sentencing

5  hearing.  Any objection to the report must be provided to the probation officer and

6  opposing party, in writing, no less than twenty-eight (28) days before the sentencing

7  hearing.  Formal objections to the pre-sentence report, including objections to any

8  special conditions requested by the probation officer, must be filed no less than

9  fourteen (14) days before the sentencing hearing.

10    Parties may also submit a written sentencing memorandum pursuant to Local

11  Rule 461(g).  Any sentencing memoranda must be filed at least seven (7) days prior to

12  the sentencing hearing.  If the Government intends to seek the immediate remand of

13  a Defendant who is out-of-custody at the time of sentencing, they must state as such in

14  their sentencing memorandum.

15    Any requests to continue Judgment and Sentencing must be made by the party

16  requesting the continuance and state with particularity the reasons for the request.

17

18  **VII.    MOTIONS FOR EARLY TERMINATION OF SUPERVISED RELEASE**

19    All motions for early termination of supervised release shall state the positions

20  of Probation, the Defendant, and the United States.  If the Court grants a motion for

21  early termination of supervised release filed by the Defendant, the Defendant shall,

22  within five days, file a proposed order that has been approved by Probation as to form.

23

24

25  DATED:    November 5, 2024

26  Hon. Daniel J. Calabretta
    UNITED STATES DISTRICT JUDGE

27

28