FID 11723146

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USMS SACRAMENTO RCVD
OCT 10 2024 PM 2:26

USA,

v.

**DARAGH FINBAR HAYES,**

Case No: 2:24-CR-00280-DJC

**FILED**
Nov 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   Daragh Finbar Hayes

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

### Indictment

charging him or her with *(brief description of offense)*

### Sexual Exploitation of a Minor

in violation of Title __18__ United States Code, Section(s) __2251__

O. Mendez Licea
Name of Issuing Officer

*/s/ O. Mendez Licea*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

10/10/24                Sacramento, CA
Date and Location

Bail fixed at   **NO BAIL**

by   Magistrate Judge Sean C. Riordan

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

10/10/24
Date Received

Christopher Gecewicz, FBI Special Agent
Name and Title of Arresting Officer

10/1/24
Date of Arrest

*/s/*
Signature of Arresting Officer