# EXHIBIT A

| | |
|---|---|
| **From:** | Jeremy Donati |
| **To:** | McCall, Christina (USACAE) |
| **Cc:** | Klein, Alexis (USACAE); Andrew Francisco; Gabriel Michel; Jonathan Anderson |
| **Subject:** | RE: Activity in Case 2:24-cr-00280-DJC USA v. Hayes Motion to Compel. |
| **Date:** | Friday, October 25, 2024 3:50:08 PM |

Good Afternoon Christina,

Thank you for leaving me a message. I restricted the entire entry 5 minutes ago.

Andrew, please follow the instructions as issued in the clerks notice.

Thank you,



Jeremy J. Donati
Operations Supervisor
United States District Court
Eastern District of California

---

**From:** McCall, Christina (USACAE) <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Friday, October 25, 2024 3:44 PM
**To:** Jeremy Donati <​​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Klein, Alexis (USACAE) <​​​​​​​​​​​​​​​​​​​>  Francisco, Andrew (FD) <​​​​​​​​​​​​​​​​​​​​​>
**Subject:** FW: Activity in Case 2:24-cr-00280-DJC USA v. Hayes Motion to Compel.

**CAUTION - EXTERNAL:**

Good afternoon, Jeremy.  On page 1, line 25 of this motion, the child victim is identified by the relationship to the defendant, implicating 18 U.S.C. 3509(d) and 3771(a)(8).  Would the clerk's office please block public access to this document, until Mr. Francisco can remedy the issue?
Thank you,
Christina

Christina McCall, Assistant United States Attorney, Eastern District of California.
501 I Street, Suite 10-100, Sacramento, CA 95814.

---

**From:** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Friday, October 25, 2024 2:31 PM
**To:**
**Subject:** Activity in Case 2:24-cr-00280-DJC USA v. Hayes Motion to Compel.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Francisco, Andrew on 10/25/2024 at 2:30 PM PDT and filed on 10/25/2024

| | |
|---|---|
| **Case Name:** | USA v. Hayes |
| **Case Number:** | 2:24-cr-00280-DJC |
| **Filer:** | Dft No. 1 - Daragh Finbar Hayes |
| **Document Number:** | 16 |

**Docket Text:**
**MOTION to COMPEL** *Motion to Compel Discovery* **by Daragh Finbar Hayes. Motion Hearing set for 11/8/2024 at 02:00 PM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D) (Francisco, Andrew)**

**2:24-cr-00280-DJC-1 Notice has been electronically mailed to:**

Alexis Klein , GOVT

Andrew Francisco

Christina McCall , GOVT

**2:24-cr-00280-DJC-1 Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/25/2024] [FileNumber=13326251-0] [7f9e6f90fbf8ed5dd9852afcce363e215b46d95a9e949dee4b56bdea33a17a91d2b4f63756e21f76bcb1ece98afabececd21d8fc9394115ad9d248af2e17eb6f]]

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/25/2024] [FileNumber=13326251-1] [0ff795affeb2001b7257003aad8beb84b46cc7039d868ac5b9e979cd477f79de77eaf1b602d4e5e1df0f158128ef1d02b6051e8b76e924734cebd38ac0036d79]]

**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/25/2024] [FileNumber=13326251-2] [ae5ae2ae8eb30c3a4c286ebad9c9835a98bfe9cdcbc7533b7a797df02d2b66c6704977d4c63d97466bdfcbf5e008e70303965be59c3466eac82589a135308e8a]]

**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/25/2024] [FileNumber=13326251-3] [192f21278726cecb205af90b6ade2bffe13c00018e4854d255a4221fb6ab6c2c010fa1219b87e82550e8c719c902e0a7e095ae2391ff6dc6fbe9b875cdb75b7f]]

**Document description:** Exhibit D
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=10/25/2024] [FileNumber=13326251-4] [1fbc6cc21391f84cd46d39f1ab1197266a572327d962e06c8de4e742010088baf025bd841676e54403acaca513af6ba26b37b746ec0f91de7e49fa6989a71d32]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.