HEATHER E. WILLIAMS, SBN# 122664
Federal Defender
ANDREW FRANCISCO, DC SBN #1619332
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARAGH HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00280-DJC |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE** |
| DARAGH HAYES, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant DARAGH HAYES hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Dated: December 6, 2024           /s/ Daragh Hayes
                                  DARAGH HAYES
                                  Defendant

Date: December 6, 2024            /s/ Andrew Francisco
                                  ANDREW FRANCISCO
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DARAGH HAYES

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 6, 2024              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE