AO 436
(Rev. 01/2024)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS |
|---|---|---|
| Christina McCall | **(916) 554-2700** | Christina.McCall@usdoj.gov |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 501 I Street, Suite 10-100 | Sacramento | CA | 95814 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS |
|---|---|---|
|  |  | 10. FROM 12/09/2024    11. TO 12/09/2024 |

| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS |
|---|---|
| CSK | 13. CITY Sacramento    14. STATE CA |

### 15. ORDER FOR

| | | |
|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | Motion to Unseal Hearing | 12/09/2024 |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| **ESTIMATE TOTAL** | | 0.00 |

CERTIFICATION (18. & 19.)  By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| /s/ Christina McCall | 12/09/2024 |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     ORDER RECEIPT     ORDER COPY

## INSTRUCTIONS
## GENERAL

**Use.** Use this form to order duplicate audio recordings of proceedings. Complete a separate order form for each case number for which audio recordings are ordered.

**Completion.** Complete items 1-19. Do not complete shaded areas which are reserved for the court's use.

**Order Copy**. Keep a copy for your records.

**Submitting to the Court.** Parties to the case must file the completed form into the case docket. The CM/ECF docketing event *"Audio Recording Ordering Form"* can be found under Other Documents – Other Filings. ECRO will automatically be noticed once the form is filed in the case. Payment in full should be mailed or delivered to the Clerk's Office, concurrently with filing of the form.

**Non-parties to the case or pro se litigants** must submit the completed form directly to the clerk's office with payment in full.

**Completion of Order.** Upon receipt of payment, the audio recordings will be produced and delivered pursuant to the parties' request.

**Fee Waived.** Pursuant to 28 § 1914, federal agencies or programs that are funded from judiciary appropriations (agencies, organizations, and individuals providing services authorized by the Criminal Justice Act, 18 U.S.C. 3006 and bankruptcy administrators) will not be charged any fees for reproduction of an audio recording of a court proceeding.

### SPECIFIC

| | |
|---|---|
| **Items 1 – 19.** | These items should always be completed. |
| **Item 8.** | Only one case number may be listed per order. |
| **Item 15.** | Place an "X" in each box that applies. |
| **Item 16.** | Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested. |
| **Item 17.** | Place an "X" in each box that applies. Indicate the number of additional copies ordered. |
| **Item 18.** | Sign in this space to certify that you will pay all charges. |
| **Item 19.** | Enter the date of signing. |

### PAYMENT INFORMATION

Audio files for recorded proceedings cost $34. Payments can be made through the mail with a check (made payable to: Clerk, U.S. District Court) or in person at either the Sacramento or Fresno Clerk's Office with check or cash.

In Sacramento send requests to:
Office of the Clerk
501 I Street Room 4-200
Sacramento, CA 95814

In Fresno send requests to:
Office of the Clerk
2500 Tulare Street Room 1501
Fresno, CA 93721

Shaded area reserved for the court's use