# EXHIBIT A

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 2:24-cr-00280-DJC USA v. Hayes Motion to Unseal. |
| **Date:** | Thursday, November 21, 2024 9:03:14 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Francisco, Andrew on 11/21/2024 at 9:01 AM PST and filed on 11/21/2024

| | |
|---|---|
| **Case Name:** | USA v. Hayes |
| **Case Number:** | 2:24-cr-00280-DJC |
| **Filer:** | Dft No. 1 - Daragh Finbar Hayes |
| **Document Number:** | 32 |

**Docket Text:**
**MOTION to UNSEAL** *Motion to Unseal ECF No. 16* **by Daragh Finbar Hayes. Motion Hearing set for 12/9/2024 at 02:00 PM in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim. (Attachments: # (1) Exhibit A) (Francisco, Andrew)**


**2:24-cr-00280-DJC-1 Notice has been electronically mailed to:**

Alexis Klein , GOVT     Alexis.Klein@usdoj.gov, caseview.ecf@usdoj.gov, usacae.ecfsaccrm@usdoj.gov, yvonne.vang@usdoj.gov

Andrew Francisco     andrew_francisco@fd.org, chloe_rowlett@fd.org

Christina McCall , GOVT     christina.mccall@usdoj.gov, caseview.ecf@usdoj.gov, Nina.Baker@usdoj.gov, Terrie.Dixon@usdoj.gov, usacae.ecfsaccrm@usdoj.gov

**2:24-cr-00280-DJC-1 Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=11/21/2024] [FileNumber=13372545-0] [123a6880e740eff05f8623eb00d58c75540edb68b62ebf17888562065f67562e7ef14550703b584b774f77bcabd434f40ec919658e9291d25760abc4927c725d]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=11/21/2024] [FileNumber=13372545-1] [313a7c7ea8483b78ec073b876c3a0f70b35bb417ca324e178fafb41d9dc9607040d94318eb897d88d28b66ce2a605b08da3d4248635239b235ff14b84351785b]]