# EXHIBIT B

**History** (156)

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | United States v. Putillion<br>S.D.W.Va. \| October 18, 2018 \| Not Reported in Fed. Supp. | 12/05/2024 6:20 PM | XXXX |
| KeyCite | History<br>United States v. Putillion<br>Not Reported in Fed. Supp. | 12/05/2024 6:20 PM | XXXX |
| Document View | United States v. Putillion<br>S.D.W.Va. \| November 05, 2018 \| Not Reported in Fed. Supp. | 12/05/2024 6:02 PM | XXXX |
| KeyCite | History<br>United States v. Putillion<br>Not Reported in Fed. Supp. | 12/05/2024 6:02 PM | XXXX |
| KeyCite | History<br>United States v. Putillion<br>Not Reported in Fed. Supp. | 12/05/2024 5:46 PM | XXXX |
| Search | United States v. Putillion, No. 2:18-cr-00186 (20)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 12/05/2024 5:31 PM | XXXX |
| Document View | ⚑ Chambers v. NASCO, Inc.<br>U.S.La. \| June 06, 1991 \| 501 U.S. 32 | 12/05/2024 5:30 PM | XXXX |
| Document View | ⚑ Chambers v. NASCO, Inc.<br>U.S.La. \| June 06, 1991 \| 501 U.S. 32 | 12/05/2024 12:59 PM | XXXX |
| Document View | ⚑ U.S. v. Morgan<br>U.S.Mo. \| May 15, 1939 \| 307 U.S. 183 | 12/05/2024 12:55 PM | XXXX |
| Document View | ⚑ Rogers v. Tennessee<br>U.S.Tenn. \| May 14, 2001 \| 532 U.S. 451 | 12/05/2024 12:34 PM | XXXX |
| Document View | ⚑ Landgraf v. USI Film Products<br>U.S.Tex. \| April 26, 1994 \| 511 U.S. 244 | 12/05/2024 11:59 AM | XXXX |
| Document View | Landgraf v. USI Film Products<br>U.S. \| April 26, 1994 \| 511 U.S. 244 | 12/05/2024 11:57 AM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | 🚩 U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 12/05/2024 11:57 AM | XXXX |
| Document View | 🚩 U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 12/05/2024 8:06 AM | XXXX |
| Document View | 🚩 U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 12/04/2024 3:23 PM | XXXX |
| Document View | 🚩 U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 12/03/2024 2:12 PM | XXXX |
| Document View | 🚩 Harris v. Murray<br>E.D.Va. \| July 25, 1990 \| 761 F.Supp. 409 | 12/03/2024 2:09 PM | XXXX |
| Document View | United States v. Harris<br>C.A.4 (Va.) \| September 01, 2017 \| 708 Fed.Appx. 764 | 12/03/2024 2:05 PM | XXXX |
| Document View | 🚩 U.S. v. Twine<br>C.A.9 (Cal.) \| September 19, 2003 \| 344 F.3d 987 | 12/03/2024 2:01 PM | XXXX |
| Document View | 🚩 U.S. v. Twine<br>C.A.9 (Cal.) \| September 19, 2003 \| 344 F.3d 987 | 12/03/2024 10:30 AM | XXXX |
| Document View | 🚩 U.S. v. Motamedi<br>C.A.9 (Cal.) \| August 08, 1985 \| 767 F.2d 1403 | 12/03/2024 10:30 AM | XXXX |
| Document View | 🚩 U.S. v. Hir<br>C.A.9 (Cal.) \| February 15, 2008 \| 517 F.3d 1081 | 11/25/2024 8:10 PM | XXXX |
| Document View | United States v. Mendez<br>C.A.9 (Wash.) \| June 07, 2022 \| 35 F.4th 1219 | 11/15/2024 3:27 PM | XXXX |
| Document View | 🚩 In re Mikhel<br>C.A.9 (Cal.) \| July 07, 2006 \| 453 F.3d 1137 | 11/15/2024 3:09 PM | XXXX |
| Document View | 🚩 U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 11/14/2024 2:52 PM | XXXX |
| Document View | U.S. v. Evans-Martinez<br>C.A.9 (Hawai'i) \| July 02, 2008 \| 530 F.3d 1164 | 11/14/2024 1:39 PM | XXXX |
| Document View | 🚩 U.S. v. Bagley<br>U.S.Wash. \| July 02, 1985 \| 473 U.S. 667 | 11/14/2024 1:26 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | 🚩 Kyles v. Whitley<br>U.S.La. \| April 19, 1995 \| 514 U.S. 419 | 11/14/2024 1:20 PM | XXXX |
| Document View | 🚩 U.S. v. Blanco<br>C.A.9 (Nev.) \| December 27, 2004 \| 392 F.3d 382 | 11/14/2024 1:20 PM | XXXX |
| Document View | 🚩 Henry v. Ryan<br>C.A.9 (Ariz.) \| June 19, 2013 \| 720 F.3d 1073 | 11/14/2024 1:07 PM | XXXX |
| Document View | 🚩 Smith v. Stewart<br>C.A.9 (Ariz.) \| August 31, 1999 \| 189 F.3d 1004 | 11/14/2024 1:04 PM | XXXX |
| Document View | U.S. v. Ellis<br>C.A.9 (Hawai'i) \| January 16, 1991 \| 923 F.2d 863 | 11/14/2024 1:03 PM | XXXX |
| Document View | U.S. v. Lai<br>C.A.9 (Cal.) \| August 16, 1996 \| 94 F.3d 654 | 11/14/2024 1:02 PM | XXXX |
| Filter | adv: "Brady" /s (mitigating OR exculpatory OR "potentially exculpatory") /s ("sentencing" OR "sentencing phase" OR mitigation) (17)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal<br>**Jurisdiction:** Federal > Cts. of Appeals > 9th Cir. | 11/14/2024 1:01 PM | XXXX |
| Search | adv: "Brady" /s (mitigating OR exculpatory OR "potentially exculpatory") /s ("sentencing" OR "sentencing phase" OR mitigation) (381)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 11/14/2024 1:01 PM | XXXX |
| Document View | 🚩 Giglio v. U.S.<br>U.S. \| February 24, 1972 \| 405 U.S. 150 | 11/14/2024 12:42 PM | XXXX |
| Document View | U.S. v. Brown<br>C.A.9 (Nev.) \| July 11, 1990 \| 907 F.2d 155 | 11/14/2024 12:30 PM | XXXX |
| Document View | 🚩 Sivak v. Hardison<br>C.A.9 (Idaho) \| September 07, 2011 \| 658 F.3d 898 | 11/14/2024 12:30 PM | XXXX |
| Document View | U.S. v. Basalo | 11/14/2024 12:29 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| | C.A.9 (Cal.) \| August 02, 2001 \| 258 F.3d 945 | | |
| Document View | Runningeagle v. Ryan<br>C.A.9 (Ariz.) \| July 18, 2012 \| 686 F.3d 758 | 11/14/2024 12:29 PM | XXXX |
| Filter | adv: "Brady" /s (material OR evidence) /p sentencing & DA(AFT 1980) (110)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal<br>**Jurisdiction:** Federal > Cts. of Appeals > 9th Cir. | 11/14/2024 12:28 PM | XXXX |
| Search | adv: "Brady" /s (material OR evidence) /p sentencing & DA(AFT 1980) (2,578)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 11/14/2024 12:27 PM | XXXX |
| Document View | U.S. v. Mandel<br>C.A.9 (Cal.) \| September 14, 1990 \| 914 F.2d 1215 | 11/14/2024 9:25 AM | XXXX |
| Document View | Rule 16. Discovery and Inspection<br>FRCRP Rule 16 | 11/14/2024 9:24 AM | XXXX |
| Document View | 🚩 U.S. v. McCoy<br>C.A.9 (Cal.) \| March 20, 2003 \| 323 F.3d 1114 | 11/13/2024 9:18 PM | XXXX |
| Document View | 🚩 U.S. v. Wright<br>C.A.9 (Wash.) \| June 15, 2004 \| 373 F.3d 935 | 11/13/2024 9:18 PM | XXXX |
| Document View | U.S. v. Williamson<br>C.A.9 (Or.) \| March 13, 2006 \| 439 F.3d 1125 | 11/13/2024 9:18 PM | XXXX |
| Document View | U.S. v. Halling<br>C.A.9 (Mont.) \| May 16, 2007 \| 232 Fed.Appx. 691 | 11/13/2024 9:18 PM | XXXX |
| Document View | U.S. v. Evans-Martinez<br>C.A.9 (Hawai'i) \| July 02, 2008 \| 530 F.3d 1164 | 11/13/2024 9:18 PM | XXXX |
| Document View | 🚩 U.S. v. Overton<br>C.A.9 (Mont.) \| July 14, 2009 \| 573 F.3d 679 | 11/13/2024 9:18 PM | XXXX |
| Document View | United States v. Goodwin<br>C.A.9 (Idaho) \| January 13, 2022 \| Not Reported in Fed. Rptr. | 11/13/2024 9:18 PM | XXXX |
| Document View | United States v. Mendez | 11/13/2024 9:18 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| | C.A.9 (Wash.) \| June 07, 2022 \| 35 F.4th 1219 | | |
| Document View | 🚩 United States v. Boam<br>C.A.9 (Idaho) \| May 30, 2023 \| 69 F.4th 601 | 11/13/2024 9:18 PM | XXXX |
| Related Information | Notes of Decisions<br>🚩 § 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 11/13/2024 8:57 PM | XXXX |
| Document View | 🚩 In re Estate of Ferdinand Marcos, Human Rights Litigation<br>C.A.9 (Hawai'i) \| June 16, 1994 \| 25 F.3d 1467 | 11/13/2024 8:57 PM | XXXX |
| Document View | U.S. v. Carpenter<br>C.A.9 (Or.) \| May 22, 2012 \| 680 F.3d 1101 | 11/13/2024 8:57 PM | XXXX |
| Document View | 🚩 In re Estate of Ferdinand Marcos, Human Rights Litigation<br>C.A.9 (Hawai'i) \| June 16, 1994 \| 25 F.3d 1467 | 11/13/2024 5:15 PM | XXXX |
| Document View | 🚩 U.S. v. Laney<br>C.A.9 (Cal.) \| August 30, 1999 \| 189 F.3d 954 | 11/13/2024 5:15 PM | XXXX |
| KeyCite | Citing References<br>🚩 § 2251. Sexual exploitation of children<br>18 USCA § 2251 | 11/13/2024 5:15 PM | XXXX |
| Document View | U.S. v. Vandivere<br>C.A.9 (Cal.) \| July 02, 2001 \| 15 Fed.Appx. 447 | 11/13/2024 5:11 PM | XXXX |
| Document View | 🚩 U.S. v. McCoy<br>C.A.9 (Cal.) \| March 20, 2003 \| 323 F.3d 1114 | 11/13/2024 5:11 PM | XXXX |
| Document View | 🚩 U.S. v. Wright<br>C.A.9 (Wash.) \| June 15, 2004 \| 373 F.3d 935 | 11/13/2024 5:09 PM | XXXX |
| Document View | U.S. v. Williamson<br>C.A.9 (Or.) \| March 13, 2006 \| 439 F.3d 1125 | 11/13/2024 5:08 PM | XXXX |
| Document View | 🚩 U.S. v. Evans-Martinez<br>C.A.9 (Hawai'i) \| June 01, 2006 \| 448 F.3d 1163 | 11/13/2024 5:08 PM | XXXX |
| Document View | U.S. v. Halling<br>C.A.9 (Mont.) \| May 16, 2007 \| 232 Fed.Appx. 691 | 11/13/2024 5:06 PM | XXXX |
| Document View | U.S. v. Evans-Martinez<br>C.A.9 (Hawai'i) \| July 02, 2008 \| 530 F.3d 1164 | 11/13/2024 5:06 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | U.S. v. McCalla<br>C.A.9 (Cal.) \| September 24, 2008 \| 545 F.3d 750 | 11/13/2024 5:05 PM | XXXX |
| Document View | ⚑ U.S. v. Ferguson<br>C.A.9 (Cal.) \| March 27, 2009 \| 560 F.3d 1060 | 11/13/2024 5:04 PM | XXXX |
| Document View | ⚑ U.S. v. Overton<br>C.A.9 (Mont.) \| July 14, 2009 \| 573 F.3d 679 | 11/13/2024 4:57 PM | XXXX |
| Document View | U.S. v. Gallenardo<br>C.A.9 (Mont.) \| August 28, 2009 \| 579 F.3d 1076 | 11/13/2024 4:57 PM | XXXX |
| Document View | ⚑ U.S. v. McCarty<br>C.A.9 (Hawai'i) \| August 03, 2011 \| 648 F.3d 820 | 11/13/2024 4:57 PM | XXXX |
| Document View | ⚑ U.S. v. Sullivan<br>C.A.9 (Cal.) \| July 29, 2015 \| 797 F.3d 623 | 11/13/2024 4:56 PM | XXXX |
| Document View | United States v. Hopkins<br>C.A.9 (Or.) \| May 18, 2021 \| 859 Fed.Appx. 810 | 11/13/2024 4:55 PM | XXXX |
| Document View | United States v. Goodwin<br>C.A.9 (Idaho) \| January 13, 2022 \| Not Reported in Fed. Rptr. | 11/13/2024 4:53 PM | XXXX |
| Document View | United States v. Mendez<br>C.A.9 (Wash.) \| June 07, 2022 \| 35 F.4th 1219 | 11/13/2024 4:52 PM | XXXX |
| Document View | United States v. Singh<br>C.A.9 (Cal.) \| June 07, 2024 \| Not Reported in Fed. Rptr. | 11/13/2024 4:52 PM | XXXX |
| Document View | United States v. Boam<br>C.A.9 (Idaho) \| May 30, 2023 \| Not Reported in Fed. Rptr. | 11/13/2024 4:50 PM | XXXX |
| Document View | ⚑ United States v. Boam<br>C.A.9 (Idaho) \| May 30, 2023 \| 69 F.4th 601 | 11/13/2024 4:50 PM | XXXX |
| KeyCite | Citing References<br>⚑ § 2251. Sexual exploitation of children<br>18 USCA § 2251 | 11/13/2024 4:49 PM | XXXX |
| Document View | United States v. Lyon<br>C.A.9 (Or.) \| June 24, 2024 \| Not Reported in Fed. Rptr. | 11/13/2024 4:47 PM | XXXX |
| Document View | United States v. Frederick<br>C.A.9 (Cal.) \| August 21, 2024 \| Not Reported in Fed. Rptr. | 11/13/2024 4:47 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | United States v. Bartels<br>C.A.9 (Wash.) \| September 26, 2024 \| Not Reported in Fed. Rptr. | 11/13/2024 4:47 PM | XXXX |
| Document View | ⚑ United States v. Burks<br>C.A.9 (Cal.) \| October 21, 2024 \| Not Reported in Fed. Rptr. | 11/13/2024 4:46 PM | XXXX |
| Document View | United States v. Nawai<br>C.A.9 (Idaho) \| October 29, 2024 \| Not Reported in Fed. Rptr. | 11/13/2024 4:46 PM | XXXX |
| KeyCite | Citing References<br>⚑ § 2251. Sexual exploitation of children<br>18 USCA § 2251 | 11/13/2024 4:45 PM | XXXX |
| KeyCite | Citing References<br>⚑ § 2251. Sexual exploitation of children<br>18 USCA § 2251 | 11/13/2024 4:45 PM | XXXX |
| KeyCite | Citing References<br>⚑ § 2251. Sexual exploitation of children<br>18 USCA § 2251 | 11/13/2024 4:44 PM | XXXX |
| Document View | ⚑ § 2251. Sexual exploitation of children<br>18 USCA § 2251 | 11/13/2024 4:44 PM | XXXX |
| Document View | United States v. Moran<br>C.A.11 (Fla.) \| January 13, 2023 \| 57 F.4th 977 | 11/13/2024 4:44 PM | XXXX |
| Search | What constitutes attempted production of child pornography? (131)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 11/13/2024 4:43 PM | XXXX |
| Document View | U.S. v. Carpenter<br>C.A.9 (Or.) \| May 22, 2012 \| 680 F.3d 1101 | 11/13/2024 4:42 PM | XXXX |
| Related Information | Notes of Decisions<br>⚑ § 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 11/13/2024 4:41 PM | XXXX |
| Document View | ⚑ § 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 11/13/2024 4:41 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Filter | adv: H8754! DeWine (18)<br>**Search Type:** Boolean T&C<br>**Content:** Congressional Record - Legislative History<br>**Date:** From 10/01/1990 Until 10/05/1990 | 11/13/2024 4:10 PM | XXXX |
| Search | adv: H8754! DeWine (10,000)<br>**Search Type:** Boolean T&C<br>**Content:** Congressional Record - Legislative History | 11/13/2024 4:10 PM | XXXX |
| Search | H8754 DeWine (10,000)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History | 11/13/2024 4:09 PM | XXXX |
| Filter | October 3, 1990 (4)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History<br>**Search within results:** DeWine<br>**Date:** On 10/03/1990 | 11/13/2024 4:08 PM | XXXX |
| Filter | October 3, 1990 (0)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History<br>**Search within results:** 8754<br>**Date:** On 10/03/1990 | 11/13/2024 4:07 PM | XXXX |
| Filter | October 3, 1990 (227)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History<br>**Date:** On 10/03/1990 | 11/13/2024 4:07 PM | XXXX |
| Filter | October 3, 1990 (0)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History<br>**Search within results:** H8754 | 11/13/2024 4:06 PM | XXXX |
| Search | October 3, 1990 (10,000)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History | 11/13/2024 4:06 PM | XXXX |
| Filter | 8754; October 3, 1990 (89)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History<br>**Date:** On 10/03/1990 | 11/13/2024 4:05 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Search | 8754; October 3, 1990 (10,000)<br>**Search Type:** Plain Language<br>**Content:** Congressional Record - Legislative History | 11/13/2024 4:05 PM | XXXX |
| Document View | 🚩 U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 11/13/2024 4:02 PM | XXXX |
| Document View | CRIME CONTROL ACT OF 1990<br>PL 101–647, November 29, 1990, 104 Stat 4789 | 11/13/2024 4:00 PM | XXXX |
| Search | advanced: CI(H.R. 8754) (10,000)<br>**Search Type:** Boolean T&C<br>**Content:** Legislative History - Congressional Reports | 11/13/2024 4:00 PM | XXXX |
| Document View | 1990 U.S.C.C.A.N. 6696-1<br>Legislative History \| November 29, 1990 \| 1990 U.S.C.C.A.N. 6696-1 | 11/13/2024 3:58 PM | XXXX |
| Search | advanced: TO(101-647) (3)<br>**Search Type:** Boolean T&C<br>**Content:** Legislative History - Congressional Reports | 11/13/2024 3:58 PM | XXXX |
| Document View | H.R. REP. 101-647<br>Legislative History \| July 30, 1990 \| H.R. REP. 101-647 | 11/13/2024 3:56 PM | XXXX |
| Search | 101-647 (8)<br>**Search Type:** Plain Language<br>**Content:** Legislative History - Overview<br>**Jurisdiction:** All State and Federal | 11/13/2024 3:55 PM | XXXX |
| Document View | U.S. v. Broussard<br>D.Or. \| May 31, 1991 \| 767 F.Supp. 1545 | 11/13/2024 3:48 PM | XXXX |
| Document View | Rule 11. Pleas<br>FRCRP Rule 11 | 11/07/2024 10:58 AM | XXXX |
| Document View | 🚩 U.S. v. Harrison<br>C.A.2 (N.Y.) \| March 05, 2001 \| 241 F.3d 289 | 11/07/2024 10:57 AM | XXXX |
| Document View | 🚩 U.S. v. Valenzuela-Bernal<br>U.S.Cal. \| July 02, 1982 \| 458 U.S. 858 | 10/28/2024 11:04 PM | XXXX |
| Document View | Ashker v. Newsom<br>C.A.9 (Cal.) \| August 24, 2023 \| 81 F.4th 863 | 10/28/2024 10:51 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | 🚩 Melnik v. Dzurenda<br>C.A.9 (Nev.) \| September 27, 2021 \| 14 F.4th 981 | 10/28/2024 10:51 PM | XXXX |
| Filter | Access to evidence is necessary to develop a defense and prepare effectively (3)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** All Federal<br>**Jurisdiction:** Federal > Cts. of Appeals > 9th Cir. | 10/28/2024 10:50 PM | XXXX |
| Search | Access to evidence is necessary to develop a defense and prepare effectively (38)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 10/28/2024 10:50 PM | XXXX |
| Filter | adv: unduly burdensome /s defense /s discovery (2)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal<br>**Jurisdiction:** Federal > Cts. of Appeals > 9th Cir. | 10/28/2024 10:49 PM | XXXX |
| Search | adv: unduly burdensome /s defense /s discovery (1,289)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 10/28/2024 10:49 PM | XXXX |
| Search | adv: unduly burdensome /s defense (10,000)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 10/28/2024 10:49 PM | XXXX |
| Document View | 🚩 U.S. v. Marshall<br>C.A.9 (Cal.) \| March 24, 1976 \| 532 F.2d 1279 | 10/28/2024 10:47 PM | XXXX |
| Document View | 🚩 U.S. v. Hernandez<br>C.A.9 (Cal.) \| March 31, 1997 \| 109 F.3d 1450 | 10/28/2024 10:43 PM | XXXX |
| Document View | 🚩 U.S. v. Hernandez-Meza<br>C.A.9 (Cal.) \| June 21, 2013 \| 720 F.3d 760 | 10/28/2024 10:41 PM | XXXX |
| Document View | 🚩 U.S. v. Nixon<br>U.S.Dist.Col. \| July 24, 1974 \| 418 U.S. 683 | 10/28/2024 10:40 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | U.S. v. Augenblick<br>U.S.Ct.Cl. \| January 14, 1969 \| 393 U.S. 348 | 10/28/2024 10:36 PM | XXXX |
| Document View | Faretta v. California<br>U.S.Cal. \| June 30, 1975 \| 422 U.S. 806 | 10/28/2024 10:29 PM | XXXX |
| Document View | United States v. Haeuser<br>N.D.Cal. \| February 11, 2022 \| Not Reported in Fed. Supp. | 10/26/2024 12:44 PM | XXXX |
| KeyCite | Citing References<br>U.S. v. Broussard<br>767 F.Supp. 1536 | 10/26/2024 12:44 PM | XXXX |
| Document View | U.S. v. Broussard<br>D.Or. \| April 26, 1991 \| 767 F.Supp. 1536 | 10/26/2024 12:42 PM | XXXX |
| Document View | CRIME CONTROL ACT OF 1990<br>PL 101–647, November 29, 1990, 104 Stat 4789 | 10/26/2024 12:40 PM | XXXX |
| Document View | § 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 10/26/2024 12:37 PM | XXXX |
| Related Information | Context & Analysis<br>§ 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 10/26/2024 12:37 PM | XXXX |
| Document View | § 80:64. Protection of child witnesses; right to attendant<br>33A Fed. Proc., L. Ed. § 80:64 | 10/26/2024 12:33 PM | XXXX |
| Document View | § 6385 Child Testimony Options after Maryland v. Craig; 18 U.S.C.A. § 3509<br>30 Fed. Prac. & Proc. Evid. § 6385 (2d ed.) | 10/26/2024 12:33 PM | XXXX |
| Related Information | Context & Analysis<br>§ 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 10/26/2024 12:31 PM | XXXX |
| Research Recommendations | Recommended Documents<br>**Search Type:** Research Recommendations<br>**Content:** Overview | 10/26/2024 12:31 PM | XXXX |
| Document View | § 5038. Use of juvenile records<br>18 USCA § 5038 | 10/26/2024 12:28 PM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
| Document View | 🚩 Gilpin v. McCormick<br>C.A.9 (Mont.) \| December 21, 1990 \| 921 F.2d 928 | 10/26/2024 12:21 PM | XXXX |
| Document View | 🚩 New York v. Ferber<br>U.S.N.Y. \| July 02, 1982 \| 458 U.S. 747 | 10/26/2024 12:18 PM | XXXX |
| Document View | 🚩 U.S. v. Jacobson<br>E.D.Va. \| January 09, 1992 \| 785 F.Supp. 563 | 10/26/2024 12:10 PM | XXXX |
| Document View | U.S. v. Broussard<br>D.Or. \| May 31, 1991 \| 767 F.Supp. 1545 | 10/26/2024 12:10 PM | XXXX |
| Related Information | Notes of Decisions<br>🚩 § 3509. Child victims' and child witnesses' rights<br>18 USCA § 3509 | 10/26/2024 12:07 PM | XXXX |
| Document View | § 25A:48. Requirement of specific Confrontation Clause objection; standard of appellate review; retroactivity; collateral attack<br>4 Jones on Evidence § 25A:48 (7th ed.) | 10/26/2024 12:02 PM | XXXX |
| Document View | § 25A:53. 18 U.S.C. § 3509<br>4 Jones on Evidence § 25A:53 (7th ed.) | 10/26/2024 12:00 PM | XXXX |
| Search | adv: "Child Victim Privacy #in Criminal Proceedings: Anonymity #or Accountability" (0)<br>**Search Type:** Boolean T&C<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 10/26/2024 12:00 PM | XXXX |
| Document View | 🚩 W.N.J. v. Yocom<br>C.A.10 (Utah) \| July 10, 2001 \| 257 F.3d 1171 | 10/26/2024 11:58 AM | XXXX |
| Document View | 🚩 Doe v. Cabrera<br>D.D.C. \| September 10, 2014 \| 307 F.R.D. 1 | 10/26/2024 11:54 AM | XXXX |
| Document View | 🚩 U.S. v. Doe<br>C.A.9 (Wash.) \| November 19, 1980 \| 655 F.2d 920 | 10/26/2024 11:51 AM | XXXX |
| Search | "Balancing Privacy and Accountability: Protecting Juvenile Victims in Federal Criminal Cases" (Georgetown Journal of Legal Ethics) (20)<br>**Search Type:** Plain Language | 10/26/2024 11:50 AM | XXXX |

| Event | Description | Date/Time | Client ID |
|---|---|---|---|
|  | **Content:** Cases<br>**Jurisdiction:** All Federal |  |  |
| Search | "Pseudonymity in Federal Court Proceedings" (Stanford Law Review, Vol. 66) (20)<br>**Search Type:** Plain Language<br>**Content:** Cases<br>**Jurisdiction:** All Federal | 10/26/2024 11:48 AM | XXXX |
| Document View | U.S. v. Bagley<br>U.S.Wash. \| July 02, 1985 \| 473 U.S. 667 | 10/25/2024 2:49 PM | XXXX |
| Document View | Estelle v. Williams<br>U.S.Tex. \| May 03, 1976 \| 425 U.S. 501 | 10/25/2024 2:06 PM | XXXX |
| Document View | U.S. v. Olsen<br>C.A.9 (Wash.) \| January 08, 2013 \| 704 F.3d 1172 | 10/25/2024 1:55 PM | XXXX |
| Document View | In re Mikhel<br>C.A.9 (Cal.) \| July 07, 2006 \| 453 F.3d 1137 | 10/25/2024 12:33 PM | XXXX |
| Document View | Kenna v. U.S. Dist. Court for C.D.Cal.<br>C.A.9 (Cal.) \| January 20, 2006 \| 435 F.3d 1011 | 10/25/2024 12:25 PM | XXXX |