PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Dec 19, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARAGH FINBAR HAYES, <br><br> Defendant. | CASE NO. **2:24-cr-0280 DJC** <br><br> 18 U.S.C. § 2251(a) and (e) – Attempted Sexual Exploitation of a Minor (2 counts); 18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor (3 counts); 18 U.S.C. § 2252(a)(2) – Distribution of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2251(a) and (e) – Attempted Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about January 2, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly attempt to employ, use, persuade, induce, entice, and coerce Child Victim 1, a person under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to know that the visual depiction(s) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction(s) were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2251(a) and (e) – Attempted Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about May 2, 2023, in the County of Sacramento, State and Eastern District of California, did knowingly attempt to employ, use, persuade, induce, entice, and coerce Child Victim 1, a person under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to know that the visual depiction(s) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction(s) were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT THREE: [18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about June 25, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 1, a person under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to know that the visual depiction(s) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction(s) were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

///
///

COUNT FOUR: [18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about September 26, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 1, a person under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to know that the visual depiction(s) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction(s) were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT FIVE: [18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about September 30, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly employ, use, persuade, induce, entice, and coerce Child Victim 1, a person under 18 years of age, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to know that the visual depiction(s) would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction(s) were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

/ / /

/ / /

/ / /

/ / /

COUNT SIX: [18 U.S.C. § 2252(a)(2) – Distribution of a Minor Engaging in Sexually Explicit Conduct]

The Grand Jury charges: T H A T

DARAGH FINBAR HAYES,

defendant herein, on or about September 29, 2024, in the County of Sacramento, State and Eastern District of California, did knowingly distribute one or more visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been mailed and so shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1.  Upon conviction of one or more of the offenses alleged in Counts One through Six of this Indictment, defendant DARAGH FINBAR HAYES shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

   a) Apple iPhone 14, Serial Number DLWCJR3243,
   b) Apple laptop computer, Serial Number FVHXG601HV29,
   c) 128 Gigabyte Samsung EVO microSD card, bearing inscription KPOTM28HM336,
   d) 8 Gigabyte Gigastone microSD card, bearing inscription B0 230410002,
   e) Four secret video camera devices, three in shape of writing pens and one in the form of a USB wall charger, no visible serial number, and
   f) 4 Terabyte Lacie external hard disk drive, Serial Number NL6F5ZPH.

2.  If any property subject to forfeiture as a result of the offenses alleged in Counts One though Six of this Indictment, for which defendant is convicted:

   a) cannot be located upon the exercise of due diligence,

INDICTMENT                                4

      b)      has been transferred or sold to, or deposited with, a third party,

      c)      has been placed beyond the jurisdiction of the Court,

      d)      has been substantially diminished in value, or

      e)      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

              A TRUE BILL.

              /s/ Signature on file w/AUSA

              FOREPERSON

PHILLIP A. TALBERT
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

DARAGH FINBAR HAYES

## SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) – Attempted Sexual Exploitation of a Minor (2 counts);
18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Minor (3 counts);
18 U.S.C. § 2252(a)(2) – Distribution of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*    **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* \_\_\_19th_____ *day*

*of* \_\_December_____, *A.D. 20* \_24\_\_

/s/ Shelly Her
_____
*Clerk.*

*Bail, $* \_No Process Necessary_____

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

## United States v. Daragh Finbar Hayes
## Penalties for Superseding Indictment

**COUNTS ONE & TWO:**

VIOLATION:    18 U.S.C. § 2251(a) and (e) – Attempted Sexual Exploitation of a Child

PENALTIES:    Mandatory minimum of 15 years in prison and a maximum of 30 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. 3583(k));
Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663); and
Special Assessment: $5,100 (18 U.S.C. §§ 3013, 3014)
AVAA Assessment: $50,000 (18 U.S.C. § 2259A(a)(3))
Registration as a sex offender

**COUNTS THREE, FOUR & FIVE:**

VIOLATION:    18 U.S.C. § 2251(a) and (e) – Sexual Exploitation of a Child

PENALTIES:    Mandatory minimum of 15 years in prison and a maximum of 30 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. 3583(k));
Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663); and
Special Assessment: $5,100 (18 U.S.C. §§ 3013, 3014)
AVAA Assessment: $50,000 (18 U.S.C. § 2259A(a)(3))
Registration as a sex offender

**COUNT SIX:**

VIOLATION:    18 U.S.C. § 2252(a)(2) – Distribution of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct

PENALTIES:    Mandatory minimum of 5 years in prison and a maximum of 20 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. § 3583(k));
Forfeiture;
Mandatory Restitution for victims (18 U.S.C. §§ 2259 and 3663);
Mandatory Special Assessment: $100 (18 U.S.C. § 3013);
Special Assessment: $5,000 (18 U.S.C. § 3014 );

      AVAA Special Assessment: $35,000 (18 U.S.C. §2559A(a)(2)) and Registration as a sex offender

**FORFEITURE ALLEGATION:**

VIOLATION:  18 U.S.C. § 2253(a) - Criminal Forfeiture

PENALTIES:  As stated in the charging document