# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | 2:24-CR-0280-DJC<br>US v. Daragh Finbar Hayes | Date: | December 19, 2024 |
|---|---|---|---|
| To: | Shelley Her, Courtroom Deputy to the Honorable Sean Riordan | From: | Christina McCall<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

    The United States requests that the Court set the above-referenced matter for the Court's duty calendar on December 23, 2024, for an arraignment on the Superseding Indictment filed on December 19, 2024.

    Counsel for the defendant confirmed that he is available on December 23. Counsel for the defendant will have additional notice through this request and any further notice the Court files.

    Daragh Hayes is currently in custody at a nearby county jail. The United States requests that he be transported for arraignment by the United States Marshals Service, or an agency working with the Marshals Service.