HEATHER E. WILLIAMS, #122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Heather_williams@fd.org

Attorneys for Defendant
DARAGH FINBAR HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00280-DJC |
|---|---|
| Plaintiff, | **MOTION TO SUBSTITUTE COUNSEL AND [PROPOSED] ORDER** |
| vs. | |
| DARAGH FINBAR HAYES. | |
| Defendant. | |

The Federal Defender – California Eastern hereby respectfully moves to withdraw as counsel for Mr. Hayes.  Ms. Kresta Daly seeks to substitute for the Federal Defender.

The Federal Defender's Office has determined that the Magistrate Judge's ruling at Doc. 62 makes it necessary for the Federal Defender Office to withdraw as Mr. Hayes' counsel and obtain a CJA panel attorney to handle his case.

Pursuant to Local Rule 182(g), Defendant Daragh Hayes respectfully moves this Honorable Court to permit the Federal Defender to withdraw as counsel and to order the appointment of Ms. Daly to represent Mr. Hayes.  Counsel's full name and address are as follows:

/ / / / /

Kresta Nora Daly
Barth Daly LLP
PO Box F
Winters, CA 95694
Phone: 916-440-8600
Fax: 916-440-9610

Dated: January 29, 2025

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Heather E. Williams*
        HEATHER E. WILLIAMS
        Federal Defender

I accept the substitution and ask to be appointed.

Dated: January 22, 2025      */s/ Kresta Daly (electronically signed by consent)*
        KRESTA DALY
        Attorney for Defendant
        DARAGH FINBAR HAYES

I consent to the substitution.

DATED: January ____, 2025

        (Not received by mail in time for filing -
        Amended Motion will be filed once
        Defendant's signed version obtained)
        DARAGH FINBAR HAYES
        Defendant

**O R D E R**

IT IS SO ORDERED.

DATED: _____, 2025

        _____
        Daniel J. Calabretta
        United States District Judge