TIMOTHY ZINDEL, #158377
Attorney at Law
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

JOHN BALAZS, #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA  95814
Tel: (916)447-9299
balazslaw@gmail.com

Attorneys for Defense Counsel
ANDREW FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARAGH FINBAR HAYES,<br><br>Defendant. | Case No. 2:24-CR-0280-DJC<br><br>**MOTION TO RECONSIDER ORDER OF SANCTIONS AGAINST DEFENSE COUNSEL**<br><br>Judge:  Hon. Chi Soo Kim<br>Date:    February 19, 2025<br>Time:   10:00 a.m. |

**Motion.**  Counsel, acting *pro bono*, hereby move the Court on behalf of Assistant Federal Defender Andrew Francisco to reconsider its Order filed January 17, 2025, imposing sanctions against Mr. Francisco.  This motion rests on Local Rules 430.1(i) and 184.  A cursory review of the Court's order and the events preceding it have convinced the undersigned that the order of sanctions failed to adequately consider Mr. Francisco's reasonable explanations for his error; failed to consider evidence that the error was inadvertent; failed to afford Mr. Francisco the benefit of any doubt; and erroneously found he acted in bad faith when he did not do so.

Counsel respectfully ask the Court to accept Mr. Francisco's apology for his error, set aside the order of sanctions, and discharge the Order to Show Cause without adverse action

**Briefing and hearing.**  Counsel will submit a detailed Memorandum of Points and Authorities in support of this motion by February 12, 2025.  Counsel seek additional time to review the record, complete legal research, and prepare a brief that will aid the Court in its review.  Counsel request oral argument on this motion, to be held during the Court's regular criminal law and motion calendar on February 19, 2025.

Respectfully Submitted,

Dated:  January 29, 2025          */s/ Tim Zindel*
                                  TIMOTHY ZINDEL

Dated:  January 29, 2025          */s/ John Balazs*
                                  JOHN BALAZS

                                  Attorneys for Andrew Francisco