MICHELE BECKWITH
Acting United States Attorney
ALEXIS KLEIN
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00280-DJC |
|---|---|
| Plaintiff, | NOTICE OF UNAVAILABILITY OF COUNSEL |
| v. | |
| DARAGH HAYES, | |
| Defendant. | |

On January 29, 2025, Timothy Zindel and John Balazs, appearing on behalf of attorney Andrew Francisco, filed a Motion to Reconsider Order of Sanctions Against Defense Counsel. ECF No 66. That Motion, which did not include any points and authorities, included a request for oral argument to be scheduled for February 19, 2025, at 10:00 a.m., and indicated that counsel for attorney Francisco plan to file a memorandum of points and authorities by February 12. Counsel for attorney Francisco did not contact government counsel to determine our availability before filing their Motion. Neither counsel for the government, who are the most familiar with the facts and procedural history of above-referenced case, are available on February 19, due to previously scheduled leave the week of February 17. Counsel for attorney Francisco filed an amended Motion to Reconsider on January 31, adding a sentence that they are making a limited appearance on behalf of attorney Andrew Francisco only with respect to the Court's sanctions order. ECF No. 72.

///

Additionally, the government respectfully requests the Court consider resetting this matter for February 26, to further allow compliance with the timing requirements of Local Rule 430.1, including ordering counsel for Mr. Francisco's substantive briefing due no later than 14 days before the hearing. Should anything in the motion impact the underlying case or address the protected material or the child victim's rights to privacy and dignity, the government would then file a brief in response no later than a week before the hearing date.

Prior to filing this Notice, counsel for the government contacted counsel for attorney Francisco with a request to submit a jointly proposed briefing schedule and move the hearing to a date when counsel for the government would be available. Counsel for attorney Francisco declined to discuss a briefing schedule, asserted that they do not believe the government has standing in this sanctions matter pending in the instant case, and declined to agree to move the hearing to a date when counsel for the government would be available.

Dated: February 5, 2025                                    MICHELE BECKWITH
                                                           Acting United States Attorney


                                                           /s/ CHRISTINA McCALL
                                                           ALEXIS KLEIN
                                                           CHRISTINA McCALL
                                                           Assistant United States Attorney