TIMOTHY ZINDEL, #158377
Attorney at Law
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

JOHN BALAZS, #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA  95814
Tel: (916)447-9299
balazslaw@gmail.com

Attorneys for Defense Counsel
ANDREW FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARAGH FINBAR HAYES,<br><br>Defendant. | Case No. 2:24-CR-0280-DJC<br><br>**RESPONSE TO NOTICE OF UNAVAILABILITY**<br><br>Judge: Hon. Chi Soo Kim<br>Date: February 19, 2025<br>Time: 10:00 a.m. |

    Counsel have reviewed the government's Notice of Unavailability of Counsel filed today and respectfully ask the Court to take no action on it for the following reasons.

    The notice asks the Court to "consider resetting this matter for February 26, to further allow compliance with the timing requirements of Local Rule 430.1, including ordering counsel for Mr. Francisco' substantive briefing due no later than 14 days before the hearing."  The government claims to be concerned that the motion may "impact the underlying case or address the protected material or the child victim's rights to privacy and dignity."

First, the hearing was set two weeks after the motion was filed, as required by Local Rule 430.1(e), and therefore complies with the local rules.  A supporting brief cannot be filed until February 12 because both defense counsel have previous business and other commitments that cannot be altered.  We have stepped in on an emergency basis *pro bono* to defend Mr. Francisco.

Second, the matter is urgent.  The sanctions order has damaged Mr. Francisco's reputation, we think unfairly, and has caused him personal and financial harm that we believe should be remedied as quickly as possible.

Third, the government has no standing to answer the motion or to participate in the hearing.  Responding to their email on February 1, we wrote, "Our motion addresses an issue between Mr. Francisco and the court itself.  It has no effect on the case against Mr. Hayes.  Mr. Francisco is no longer on that case.  With that in mind, we don't see that the government has any standing to participate in the hearing.  Nor do we see any evidence you could offer beyond what was in your responsive brief to the original motion, so there would also be no reason for the government to be involved."  We invited the government to provide us "any contrary authority."  They cite none.

Fourth, the motion for reconsideration only challenges the sanctions order.  Counsel for Mr. Francisco do not represent defendant in the underlying case; his new counsel has asked to not be involved; we are not privy to the evidence or discovery in that case; and we do not intend to discuss any evidence or witness.  We are solely concerned with the merits of the sanctions order and with restoring Mr. Francisco's good name.

Therefore we ask the Court to take no action on the notice.

                                    Respectfully Submitted,

Dated:  February 5, 2025        */s/ Tim Zindel*
                                    TIMOTHY ZINDEL

Dated: February 5, 2025        */s/ John Balazs*
                                    JOHN BALAZS
                                    Attorneys for Andrew Francisco