| | |
|---|---|
| 1 | MICHELE BECKWITH<br>Acting United States Attorney |
| 2 | ALEXIS KLEIN<br>CHRISTINA McCALL |
| 3 | JASON HITT<br>Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARAGH FINBAR HAYES,<br><br>Defendant. | CASE NO. 2:21-CR-00280 DJC<br><br>ASSOCIATION OF COUNSEL |

Please associate Assistant United States Attorney Jason Hitt as co-counsel of record for the plaintiff in the above-referenced case, and also add that same Assistant United States Attorney to the service list of actions.

Dated: February 13, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Jason Hitt*
JASON HITT
Assistant United States Attorney