Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95696
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
DARAGH HAYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00280-DJC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| DARAGH HAYES, | |
| Defendant. | |

The parties hereby stipulate as follows:

1.  On October 2, 2024 the government filed a criminal complaint.  The Office of the Federal Defender was appointed to represent Mr. Hayes the same day.

2. On October 25, 2024 the Office of the Federal Defender filed a motion to compel discovery.  ECF 16.  A request to seal that motion was also filed.  ECF 18.

3. On October 28, 2024 the Court summarily denied the motion to compel discovery.  ECF 19.

4. One day later, on October 29, 2024 the Office of the Federal Defender filed a motion for reconsideration.  ECF 22.  The government filed an opposition the same day.  ECF 23.

5. The Office of the Federal Defender filed an amended motion on October 31, 2024. ECF 25. The government filed an opposition on November 11, 2024. ECF 27. The Office of the Federal Defender filed a reply on November 14, 2024. ECF 29.

6. The motion to compel discovery was denied on November 15, 2024. ECF 30.

7. The Office of the Federal Defender filed a motion to unseal ECF 16 on November 21, 2024. ECF 32. The government opposed. A hearing was held on December 9, 2024 at which time the court denied the Office of the Federal Defender's request to unseal ECF 16.

8. On December 10, 2024 the Court, on its own motion, sealed portions of the December 9, 2024 hearing. The partially sealed transcript is ECF 48.

9. On January 29, 2025 the Office of the Federal Defender filed a proposed Substitution of Attorney. ECF 65. An amended version was filed on January 30, 2025. ECF 68.

10. Judge Calabretta ordered the Office of the Federal Defender relieved and the undersigned counsel appointed on January 30, 2025. ECF 70.

11. Because of the sealing orders, the undersigned defense counsel cannot access the contents of ECF 16 and 48.

12. Defense counsel believes in order to represent Mr. Hayes, the undersigned defense counsel needs access to the pleadings and hearing transcripts that pre-date her appointment in this case.

13. The government does not object to defense counsel being provided unredacted copies of ECF 16 and 48.

14. The parties respectfully request this Court authorize the release of ECF 16 and 48 in an unredacted form to defense counsel. The parties stipulate this is appropriate and that the documents remain sealed for all other purposes.

BARTH DALY LLP
Attorneys At Law

15. The parties further agree that, to the extent the contents of ECF 16 and 48 are covered by the Protective Order at ECF 69, the Court's potential release of ECF 16 and 48 to defense counsel does not modify the Protective Order at ECF 69.

16. Should this Court accept this stipulation, the government is prepared to provide defense counsel with unredacted copies of ECF 16 and 48.

Dated: February 24, 2025

By     s/ Kresta Daly for
Christina McCall and Alexis Klein

Dated: February 24, 2025

By     s/ Kresta Daly
KRESTA NORA DALY
Attorney for Daragh Hayes

## Order

Good Cause Appearing, the government is permitted to disclose ECF 16 and 48 to defense counsel.  ECF 16 and 48 remain sealed for all other purposes.   This order does not modify or amend the Protective Order found at ECF 69.

Dated: _____

United States District Court Magistrate