MICHELE BECKWITH
Acting United States Attorney
ALEXIS KLEIN
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00280-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DARAGH FINBAR HAYES, | DATE: March 27, 2025 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 27, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until May 15, 2025, at 9:00 AM, and to exclude time between March 27, 2025, and May 15, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 1500 items/ pages of investigative reports, photographs, recorded interviews, and digital items. Additionally, the discovery contains certain digital evidence, which, under 18 U.S.C. § 3509(m), must be kept in the government's possession and which the

defense team has preliminarily reviewed at the FBI office.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    Counsel for defendant was appointed to this case on January 30, 2025 (*nunc pro tunc* to January 21, 2025) and desires additional time to review the investigative material, consult with the client, and conduct investigation and research related to the charges.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2025 to May 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4    IT IS SO STIPULATED.

5

6

Dated:  March 18, 2025                                    MICHELE BECKWITH
7                                                                          Acting United States Attorney

8
                                                                           /s/ ALEXIS KLEIN /
9                                                                          CHRISTINA McCALL
                                                                            ALEXIS KLEIN
10                                                                        CHRISTINA McCALL

11                                                                        Assistant United States
                                                                            Attorneys
12

13

Dated:  March 18, 2025                                    /s/ KRESTA DALY
14                                                                        KRESTA DALY
                                                                            Counsel for Defendant
15                                                                        DARAGH FINBAR HAYES

16

17

18                                         **ORDER**

19    IT IS SO FOUND AND ORDERED this 19th day of March, 2025.

20

21

                                                                            THE HONORABLE DANIEL J. CALABRETTA
22                                                                        UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28