| | |
|---|---|
| **Timothy Zindel** | **John Balazs** |
| **Attorney at Law** | **Attorney at Law** |
| **P.O. Box 188976** | **916 2nd Street, Suite F** |
| **Sacramento, CA 95818** | **Sacramento, CA 95814** |
| **916-704-2665** | **916-447-9299** |
| **timzindel@gmail.com** | **balazslaw@gmail.com** |

March 24, 2025

Hon. Chi Soo Kim
U.S. Magistrate Judge
501 I Street, 8th Floor
Sacramento, CA 95814

    Re: <u>U.S v. Hayes, No. 2:24-CR-00280-DJC</u>
    **Request for Prompt Ruling on Motion for Reconsideration**

Dear Judge Kim:

    We represent attorney Andrew Francisco with respect to the sanctions order imposed on him in this case. On February 12, 2025, we filed a memorandum in support of our amended motion for reconsideration of the sanctions order. ECF No. 75. On February 14, 2025, the Court issued a minute order vacating the February 19, 2025 hearing and taking the motion under submission. ECF No. 77.

    This letter is to request a prompt ruling on the motion for reconsideration. Since the motion was filed, Mr. Francisco was terminated from his employment at the Federal Defender's Office. Mr. Francisco's legal career is on hold until the motion, state bar proceedings, and any further litigation are concluded.

    We respectfully request a prompt ruling on the motion for reconsideration. Thank you.

                                              Sincerely,

                                        /s/ John Balazs
                                        John Balazs

                                        /s/ Tim Zindel
                                        Timothy Zindel
                                        Attorneys for Attorney Andrew Francisco