1  TIMOTHY ZINDEL, #158377
   Attorney at Law
2  P.O. Box 188976
   Sacramento, CA  95818
3  Tel: (916) 704-2665
   timzindel@gmail.com
4

5  JOHN BALAZS, #157287
   Attorney at Law
6  916 2nd Street, Suite F
   Sacramento, CA  95814
7  Tel: (916)447-9299
   balazslaw@gmail.com
8

9  Attorneys for ANDREW FRANCISCO

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13
   UNITED STATES OF AMERICA,        )   Case No. 2:24-CR-0280-DJC
14                                   )
        Plaintiff,                   )
15                                   )   **NOTICE OF APPEAL FROM**
        vs.                          )   **MAGISTRATE JUDGE'S RULING**
16                                   )
   DARAGH FINBAR HAYES,              )
17                                   )   Judge:  Hon. Daniel J. Calabretta
        Defendant.                   )
18                                   )
                                     )
19 _____  )

20
          Attorney Andrew Francisco hereby appeals to this Court from the order of the magistrate
21
   judge filed January 17, 2025, imposing sanctions against Mr. Francisco, and from the order of
22
   the magistrate judge filed April 9, 2025, denying reconsideration of the January 17 order. *See* E.
23
   Dist. Local R. 430.1.
24
   / / / / /
25
   / / / / /
26
   / / / / /
27

28
                                         -1-

1    Counsel for Mr. Francisco intend to file their appeal brief no later than May 9, 2025, and

2    will set the matter for hearing on the Court's regular law and motion calendar upon filing the

3    brief, absent further instruction from the Court.

4

5    Respectfully Submitted,

6

7    Dated:  April 9, 2025                     /s/ Tim Zindel
                                                TIMOTHY ZINDEL
8

9

10   Dated:  April 9, 2025                     /s/ John Balazs
                                                JOHN BALAZS
11

12                                             Attorneys for Andrew Francisco

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28