UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00280-DJC |
| Plaintiff, | |
| v. | ORDER |
| DARAGH FINBAR HAYES, | |
| Defendant. | |

Due to being the assigned district judge for the underlying criminal proceedings, the undersigned communicated with Magistrate Judge Chi Soo Kim regarding the proceedings at issue in Attorney Andrew Francisco' Appeal From Magistrate Judge's Ruling (ECF No. 84).  As such, disqualification from Attorney Francisco's Appeal under 28 U.S.C. § 455(a) is appropriate.  By this Order the Court does not find that disqualification is necessary from the underlying criminal matter, *United States v. Hayes*, 2:24-cr-00280-DJC; disqualification is only necessary as to the Attorney Francisco's Appeal from the sanction proceedings.

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that District Judge Daniel J. Calabretta
2 disqualifies himself from Attorney Andrew Francisco' Appeal.  The Clerk of the Court
3 shall reassign the Appeal to a randomly selected District Judge.

  IT IS SO ORDERED.

Dated:   **April 10, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE