ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00280-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ON RULE 12 MOTIONS; FINDINGS AND ORDER |
| v. | |
| DARAGH FINBAR HAYES, | |
| Defendant. | |

**STIPULATION**

1.   By previous order, this matter is set for trial on February 9, 2026. ECF 93. Time is excluded through the trial date. ECF 93.

2.   At a previous hearing, the Court ordered a briefing schedule for pretrial motions brought pursuant to Rule 12 of the Federal Rules of Criminal Procedure ("Rule 12"), with a hearing on any Rule 12 motions to be heard on November 13, 2025. ECF 93. The Court stated that the parties could stipulate to a negotiated briefing schedule for Rule 12 motions, so long as any hearing on the motions is held on or before November 13, 2025.

3.   Counsel for defendant Daragh Finbar Hayes (the "defendant") informed counsel for the United States of America (the "government") that the defendant intends to file a Rule 12 motion. By this stipulation, the government and the defendant now jointly request that the Court vacate the previous briefing schedule and set the following schedule in this case:

a) The defendant shall file any motion pursuant to Rule 12 of the Federal Rules of Criminal Procedure that he wishes to file in this case on or before October 16, 2025;

b) The government shall file any opposition to the defendant's suppression motion on or before October 30, 2025;

c) The defendant shall file any reply to the government's opposition to his suppression motion on or before November 6, 2025; and

d) A hearing on the defendant's motion shall be set for November 13, 2025, at 9:30 a.m. in Courtroom 8.

IT IS SO STIPULATED.

Dated: September 22, 2025

ERIC GRANT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: September 22, 2025

/s/ KRESTA DALY
KRESTA DALY
Counsel for Defendant
DARAGH FINBAR HAYES

///
///
///
///
///
///
///
///

STIPULATION AND ORDER RE PRETRIAL MOTIONS        2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of September, 2025.

Accordingly, the Court hereby ADOPTS the parties' proposed schedule in this case that shall govern any pretrial motions that the defendant wishes to file pursuant to Rule 12 of the Federal Rules of Criminal Procedure.

*Daniel J. Calabretta*
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE