**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DARAGH FINBAR HAYES,<br><br>   Defendant. | Case No.:  2:24-cr-00280-DJC<br><br>**RECUSAL ORDER** |

Upon examination of the above-captioned case, and in the interest of justice, District Judge Daniel J. Calabretta disqualifies himself from these proceedings pursuant to 28 U.S. Code § 455(a).  Further, good cause appearing, the undersigned recuses himself as the presiding judge for the above-captioned case.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court reassign this case to another District Judge for all further proceedings;
2. All deadlines and pending dates previously set before Judge Calabretta be VACATED and RESET before the District Judge reassigned to this case;

///

3. The Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 20, 2025

/s/ Daniel J. Calabretta
THE HONORABLE JOHN A. CALABRETTA
UNITED STATES DISTRICT JUDGE