ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA. 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00280-DC |
| Plaintiff, | |
| v. | SEALING ORDER |
| DARAGH HAYES | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal Exhibits to Government's Opposition to Defendant's Motion to Dismiss, IT IS HEREBY ORDERED that the exhibits to the Government's Opposition to the Defendant's Motion to Dismiss in the above-captioned case shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendants.

Dated: 12/5/25

THE HONORABLE DENA M. COGGINS
UNITED STATES DISTRICT JUDGE

1