Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
DARAGH HAYES

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DARAGH HAYES,<br><br>  Defendant. | Case No. 24-CR-0280-DC<br><br>**EX PARTE APPLICATION TO SEAL RULE AND [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

PLEASE TAKE NOTICE that defendant Daragh Hayes moves the Court for leave to file Exhibit D under seal[1].

The application is made upon the grounds that good cause exists to file the exhibit under seal. The exhibit was used in a motion filed by prior defense counsel that was filed on the docket at ECF 16. Judge Claire ordered that document sealed. ECF 24. Judge Kim affirmed that order. ECF 40.

_____

[1] The exhibit numbering is confusing. The exhibit in Mr. Hayes' Reply to Government's Opposition to Motion to Dismiss is labeled 'D' – which is alphabetically next in order from Hayes' Motion to Dismiss [that motion contained Exhibits A, B and C]. The exhibit itself has a cover sheet labeling it "Exhibit C" which is the exhibit number used in ECF 16 which is where the exhibit first appeared.

App to Seal and [Proposed] Order              1              24-CR-0280-DC

1  Defense counsel obtained a copy of these documents from the government via a stipulation and
2  order. ECF 78 and 79.
3      This Court has the authority to file documents under seal pursuant to Federal Rule of
4  Criminal Procedure 49.1(d). This application contains information that is already sealed by this
5  Court. Other than the limited order unsealing the documents so the defense could obtain a copy at
6  ECH 79, the defense believes Judge Claire and Judge Kim's sealing orders remain in full force and
7  effect.
8      Counsel for the government will be served with the submitted application and attached
9  documents. The defense believes the documents can be served on the government because it is the
10 government who, pursuant to the court order at ECF 79, initially provided them to the defense.
11     There is good cause for this court to use its authority under Federal Rule of Criminal
12 Procedure 49.1(d) to file the 17(c) application and accompanying documents under seal.

Dated: November 25, 2025    Respectfully submitted,

By   */s/ Kresta Nora Daly*
     KRESTA NORA DALY
     Attorneys for Daragh Hayes

BARTH DALY LLP
Attorneys At Law

## ORDER

Good cause appearing, the Court hereby orders Exhibit D and accompanying documents sealed.

Dated: 12/5/25

_____
HONORABLE DENA COGGINS
UNITED STATES DISTRICT COURT JUDGE