ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DARAGH HAYES,<br><br>                              Defendant. | CASE NO.  2:24-CR-00280-DC<br><br>STIPULATION REGARIDNG DEADLINES FOR MOTIONS *IN LIMINE*; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter is set for trial on February 9, 2026.  ECF 100.  A trial confirmation hearing ("TCH") is set for Friday, January 9, 2026.  ECF 100.

2.      On December 23, 2025, the Court issued its Pretrial Order.  ECF 110.  That Order provided that the deadline for filing any motions *in limine* is no later than 4:00 p.m. on Friday, January 9, 2026 (the same day as the TCH).  ECF 110.  Any opposition briefs to those motions *in limine* are due no later than 12:00 p.m. on January 14, 2026.  The Order provides that the Court will hear argument on any motions in *in limine* on the first day of trial, February 9, 2026.  ECF 110

3.      Defense counsel has represented that defendant may plead guilty at the TCH on January 9

to some or all of the pending charges in the Superseding Indictment.  Given that any guilty pleas would affect the eventual trial in the matter—either by obviating the need for a trial at all, or by limiting the counts to be decided at trial—the parties have conferred and agreed that it would be most efficient for the parties and for the Court for any motions *in limine* to be filed after any guilty pleas, so that the parties and the Court have a better idea of which counts will be at issue as well as the relevant evidence for trial.  The parties therefore propose that the relevant deadlines for any motions *in limine* and opposition briefs be extended by one week.

4.      By this stipulation, the government and the defendant now jointly request that the Court set the following schedule for motions *in limine* in this case:

a)      The parties shall file motions *in limine*, if any, by no later than 4:00 p.m. on January 16, 2026.

b)      Any opposition briefs to the motions *in limine* shall be filed no later than 12:00 p.m. on January 23, 2026.

c)      The Court may hear argument on the motions *in limine* on the first day of trial, unless the Court deems an earlier hearing is warranted.

IT IS SO STIPULATED.

Dated:  December 30, 2025                    ERIC GRANT
                                            United States Attorney


                                            /s/ SHEA J. KENNY
                                            SHEA J. KENNY
                                            Assistant United States Attorney


Dated:  December 30, 2025                    /s/ KRESTA DALY
                                            KRESTA DALY
                                            Counsel for Defendant
                                            DARAGH HAYES

**ORDER**

The court, having received, read and considered the parties' stipulation filed on December 30, 2025 and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the schedule for motions *in limine* in this case is reset as follows:

- The parties shall file motions *in limine*, if any, by no later than 4:00 p.m. on January 16, 2026.
- Any opposition briefs to the motions *in limine* shall be filed no later than 12:00 p.m. on January 23, 2026.
- The court may hear argument on the motions *in limine* on the first day of trial, unless the court deems an earlier hearing is warranted.

IT IS SO ORDERED.

Dated:   **December 30, 2025**

Dena Coggins
United States District Judge