ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DARAGH FINBAR HAYES,<br><br>                              Defendant. | CASE NO.  2:24-CR-280-DC<br><br>STIPULATION TO RESET SENTENCING HEARING; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: April 24, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. DENA COGGINS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Daragh Finbar Hayes, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, the sentencing hearing in this case was scheduled on April 24, 2026.

2.      By this stipulation, the parties now move to continue to reset the sentencing hearing and associated deadlines as follows:

        a)      Sentencing Date: May 1, 2026

        b)      Reply Date: April 23, 2026

        c)      Correction Date: April 17, 2026

        d)      Report Date: April 10, 2026

        e)      Objection Date: April 3, 2026

IT IS SO STIPULATED.

1

Dated:  March 26, 2026                      ERIC GRANT
                                            United States Attorney


                                            /s/ CHARLES CAMPBELL
                                            CHARLES CAMPBELL
                                            Assistant United States Attorney


Dated:  March 26, 2026                      /s/ Kresta Daly
                                            Kresta Daly
                                            Counsel for Defendant
                                            DARAGH FINBAR HAYES

2

**ORDER**

IT IS HEREBY ORDERED the court, having received, read and considered the parties' stipulation filed on March 27, 2026 (Doc. No. 125), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for April 24, 2026, is VACATED and RESET for May 1, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than April 3, 2026; the final Report shall be submitted no later than April 10, 2026; Formal Objections or any Motion for Correction shall be submitted no later than April 17, 2026; and Reply, Statement of Non-Opposition, or any other briefing the parties want the court to consider shall be submitted no later than April 23, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:  __**March 27, 2026**__

_____

Dena Coggins
United States District Judge

3