Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Daragh Hayes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARAGH HAYES,<br><br>Defendant. | Case No. 2:24-CR-00280-DC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING & STATUS CONFERENCE**<br><br>Judge: Honorable Dena Coggins. |

**STIPULATION**

1. By previous order, on May 1, 2026, this case was set for a Status Conference as to Counts 1 and 2, and Sentencing as to Counts 3, 4, 5, and 6.

2. By this stipulation, the defendant asks to move both the Status Conference and the Sentencing until May 22, 2026.

3. Defense counsel requires additional time to prepare for sentencing.

3. The government does not object.

4. The final PSR in this case has already been issued. The parties agree and stipulate, and request that the Court reset the schedule for the remaining filings as follows:

Sentencing Memorandum                              May 15, 2026

Sentencing                                                      May 22, 2026

//

//

BARTH DALY LLP
ATTORNEYS AT LAW

Respectfully submitted,

Dated:  April 21, 2026.

By___/s/ Charles Campbell_____
    CHARLES CAMPBELL
    ASSISTANT UNITED STATES ATTORNEY

Dated:  April 21, 2026.        BARTH DALY LLP

By___/s/ Kresta Nora Daly_____
    KRESTA NORA DALY
    Attorney for Daragh Hayes

BARTH DALY LLP
ATTORNEYS AT LAW

- 2 -

STIPULATION AND [PROPOSED] ORDER        [Case No. 2:24-CR-00280-DC]

## **ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 21, 2026 (Doc. No. 130), and good cause appearing therefrom, APPROVES the parties' request to continue the Status Conference as to Counts 1 and 2, and the Sentencing Hearing as to Counts 3, 4, 5, and 6, and adjust the related briefing schedule *as modified*. Accordingly, the Status Conference and Sentencing Hearing scheduled for May 1, 2026, is VACATED and RESET for May 22, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider in connection with sentencing shall be submitted no later than 12:00 p.m. (Noon) on May 14, 2026 (opposed to the requested date of May 15, 2026).

IT IS SO ORDERED.

Dated:   **April 22, 2026**

_____
Dena Coggins
United States District Judge

BARTH DALY LLP
ATTORNEYS AT LAW

- 3 -