ERIC GRANT
United States Attorney
CHARLES CAMPBELL
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DARAGH FINBAR HAYES, Defendant. | 2:24-CR-00280-DC<br><br>FINAL ORDER OF FORFEITURE |

On or about February 6, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the guilty pleas and factual basis entered by defendant Daragh Finbar Hayes forfeiting to the United States the following property:

a. Apple iPhone 14, Serial Number: DLWCJR3243,
b. Apple laptop computer, Serial Number: FVHXG601HV29,
c. 128 Gigabyte Samsung EVO microSD card, bearing inscription KPOTM28HM336,
d. 8 Gigabyte Gigastone microSD card, bearing inscription B0 230410002,
e. Four secret video camera devices, three in shape of writing pens and one in the form of a USB wall charger, no visible serial number, and
f. 4 Terabyte Lacie external hard disk drive, Serial Number: NL6F5ZPH.

Beginning on February 10, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

a. Shannon Hayes: A notice letter was sent via certified mail to Shannon Hayes at 10270 E. Taron Drive Apt 419, Elk Grove, CA 95757 on March 5, 2026. The certified mail envelope has not been returned to the U.S. Attorney's Office. The USPS Tracking Results show the certified mail envelope is "moving through network."

b. Shannon Hayes: A notice letter was sent via certified mail to Shannon Hayes at 9709 Enviro Way, Elk Grove, CA 95757 on March 5, 2026. The certified mail envelope has not been returned to the U.S. Attorney's Office. The USPS Tracking Results show the certified mail envelope is "moving through network."

c. Shannon Hayes: A notice letter was sent via certified mail to Shannon Hayes at 9709 Enviro Way, Elk Grove, CA 95757 on April 1, 2026. The certified mail was returned to the U.S. Attorney's Office as "return to sender, vacant, unable to forward" and "Shannon H don't live here" "Wrong Address" was handwritten on the envelope.

d. Shannon Hayes: A notice letter was sent via certified mail to Shannon Hayes at 10270 E. Taron Drive Apt 419, Elk Grove, CA 95757 on April 1, 2026. The certified envelope was returned to the U.S. Attorney's Office as "unclaimed" on April 30, 2026.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Daragh Finbar Hayes and Shannon Hayes.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

///

///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dena Coggins
United States District Judge